FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D21-3955
_____

JIMMIE L. DAVIS, JR.,

　　Appellant,

v.

STATE OF FLORIDA,

　　Appellee.

_____


On appeal from the Circuit Court for Madison County.
Melissa G. Olin, Judge.

September 21, 2022


PER CURIAM.

　　AFFIRMED.

RAY, OSTERHAUS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jimmie L. Davis, Jr., pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.